IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          No. 13-1323

SEVENTY-EIGHT THOUSAND SIX
HUNDRED SIXTY-SIX DOLLARS
($78,666.00) in United States Currency,

    Defendant.

_____

ORDER TO SHOW CAUSE WHY COMPLAINT
SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE
_____

       The complaint of the Plaintiff, the United States of America, for forfeiture was filed on December 9, 2013 as to $78,666 in United States currency. (D.E. 1.) Summonses were issued to the Drug Enforcement Administration, as well as to claimants Adam Khalil, Mohamed Khalil, and Safia Khalil, on January 3, 2014. (D.E. 6.) The summonses for the three claimants were returned executed on January 17, 2014. (D.E. 7.) However, according to the docket, no answers have been filed or default sought. Accordingly, the Plaintiff is hereby directed to show cause, within eleven (11) days of the entry of this order, why this matter should not be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41.  Failure to timely respond to this order may result in dismissal of Plaintiff's complaint.

       IT IS SO ORDERED this ___ day of February, 2014.

                                                                     s/ J. DANIEL BREEN
                                                                     CHIEF UNITED STATES DISTRICT JUDGE