IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

United States of America

    Plaintiff,

v.                                            Civil No. 13-1323-JDB

Seventy-Eight Thousand Six
Hundred Sixty-Six Dollars ($78,666.00)
in United States Currency,

    Defendant.

## PLAINTIFF'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

COMES NOW the Plaintiff, United States of America, by and through Edward L. Stanton III, United States Attorney, and Christopher E. Cotten, Assistant United States Attorney for the Western District of Tennessee, and responds as follows to the Court's Show Cause Order:

1. A Verified Complaint of Forfeiture was filed in this case on December 9, 2013.

2. As the Court's Order notes, after service on all interested parties, no party has filed a claim.

3. This case is related to the criminal case of *United States v. Hassan Moustafa Safa, Mohamed Khalil, et al*, No. 13-10056. The United States has entered into a plea agreement with Mohamed Khalil in that case which also resolves the issues concerning forfeiture of the defendant property in this case. Sentencing is currently set for May 1, 2014.

4.       Thus, while the United States expects to ultimately move to voluntarily dismiss this case as moot, it requests that the case remains active until such time as the defendant is sentenced and the forfeiture of the property becomes final.

        Respectfully submitted,

        EDWARD L. STANTON III
        United States Attorney

By:   /s Christopher E. Cotten
      CHRISTOPHER E. COTTEN
      Assistant United States Attorney
      800 Federal Bldg., 167 N. Main
      Memphis, Tennessee 38103
      (901) 544-4231
      No. 014277 (Tennessee)

**CERTIFICATE OF SERVICE**

I, Christopher E. Cotten, Assistant United States Attorney for the Western District of Tennessee, do hereby certify that a copy of the foregoing response has been sent, either first class postage pre-paid or via the Court's electronic filing system, to counsel for all known claimants.

This 25th day of February, 2014.

        /s Christopher E. Cotten
        CHRISTOPHER E. COTTEN
        United States Attorney