IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

United States of America,

    Plaintiff,                                           Civil No. 13-1323-JDB

v.

Seventy-Eight Thousand Six Hundred
Sixty-Six Dollars ($78,666.00) in U.S.
Currency,

    Defendant.

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

       COMES NOW the United States of America, by and through Edward L. Stanton III, United States Attorney, and Christopher E. Cotten, Assistant United States Attorney for the Western District of Tennessee, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A), respectfully gives notice of its voluntary dismissal of the complaint in the above-styled case. In support, the United States would show the following:

       1.     A Verified Complaint of Forfeiture was filed in this case on December 9, 2013. To date, no responsive pleadings have been filed.

       2.     This case is factually related to the criminal case of *United States v. Mohamed Khalil*, *et al*, No. 13-10056-JDB. On June 19, 2014, the Court entered a Final Order of Forfeiture in that case (R.E. #609) disposing of the defendant property in its entirety and rendering the instant case moot.

       3.     Fed. R. Civ. P. 41(a)(1)(A) provides that an action may be voluntarily dismissed

upon notice of the plaintiff, without a court order, before the opposing party serves either an answer or motion for summary judgment.

## CONCLUSION

For the foregoing reasons, the United States hereby gives notice of its voluntary dismissal of the above-styled case.

                        Respectfully submitted,

                        EDWARD L. STANTON III
                        United States Attorney

By:    /s Christopher E. Cotten
        CHRISTOPHER E. COTTEN
        Assistant United States Attorney
        800 Federal Bldg., 167 N. Main
        Memphis, Tennessee 38103
        (901) 544-4231
        No. 014277 (Tennessee)