# United States District Court
## WESTERN DISTRICT OF TENNESSEE
### Eastern Division

### JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**

Plaintiff,

CASE NUMBER: 1:13-cv-1323-JDB-egb

v.

**SEVENTY-EIGHT THOUSAND SIX HUNDRED SIXTY-SIX DOLLARS ($78,666.00) in U. S. CURRENCY,**

Defendant.

**Decision by Court.**  This action came before the Court and the issues have been considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that in accordance with the Notice of Voluntary Dismissal entered in the above-styled matter on 7/1/2014, this case is hereby dismissed pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedures.

**APPROVED:**

s/J. Daniel Breen
**Chief United States District Judge**

**THOMAS M. GOULD
CLERK
BY: s/ Evelyn Cheairs
DEPUTY CLERK**